SCOTTLYNN J HUBBARD, IV, SBN 212970
LYNN HUBBARD, III, SBN 69773
DISABLED ADVOCACY GROUP, APLC
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone:  (530) 895-3252
Facsimile:  (530) 894-8244
Email: usdceast@hubslaw.com

Attorneys for Plaintiff Lary Feezor

JOHN JULIUS, SBN 112640
LITTLER MENDELSON
501 W. Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 232-0441
Facsimile: (619) 232-4302
Email: jjulius@littler.com

Attorney for Defendant
Ross Dress for Less

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR, | Case No. 2:09-CV-03350-LKK-CMK |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL AND ORDER THEREON** |
| ROSS DRESS FOR LESS, INC.; STANCORP REAL ESTATE, LLC, | |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff LARY FEEZOR, and defendant ROSS DRESS FOR LESS and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff hereby requests that the Court dismiss the above-entitled action, with prejudice, **as to defendant ROSS DRESS FOR LESS *only*.**

Nothing in this Request for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants other than defendant ROSS DRESS FOR LESS.

Dated: May 24, 2010                    DISABLED ADVOCACY GROUP, APLC


*/s/ Lynn Hubbard III*
LYNN HUBBARD III
Attorney for Plaintiff LARY FEEZOR

Dated: May 23, 2010                    LITTLER MENDELSON


*/s/ John M. Julius III*
John M. Julius III
Attorney for Defendant Ross Dress For Less


## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:09-Cv-03350-LKK-CMK, is hereby dismissed with prejudice **as to ROSS DRESS FOR LESS.**

Dated: May 25, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT