SCOTTLYNN J HUBBARD IV, SBN 212970
LYNN HUBBARD III, SBN 69773
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone:  (530) 895-3252
Facsimile:  (530) 894-8244
Email: usdceast@hubslaw.com

Attorneys for Plaintiff Lary Feezor

J. MICHAEL COCHRANE, SBN 70560
GREVE, CLIFFORD, WENGEL & PARAS, LLP
2870 Gateway Oaks Drive, Suite 210
Sacramento, CA 95833
Telephone: (916) 443-2011
Facsimile: (916) 441-7457

Attorney for Defendant
STANCORP REAL ESTATE, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR | Case No. 2:09-CV-03350-LKK-CMK |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL AND ORDER THEREON** |
| ROSS DRESS FOR LESS, INC.; STANCORP REAL ESTATE, LLC, | |
| Defendants. | |

1    TO THE COURT AND ALL PARTIES:

2    Plaintiff, LARY FEEZOR, and defendant, STANCORP REAL ESTATE, LLC,
3 stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's
4 complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

6    Dated: September 13, 2010            DISABLED ADVOCACY GROUP, APLC

8                                          /s/   Lynn Hubbard III
                                          LYNN HUBBARD III
9                                          Attorney for Plaintiff LARY FEEZOR

11   Dated: September 14, 2010            GREVE, CLIFFORD, WENGEL & PARAS, LLP

13                                         /s/   J. Michael Cochrane
                                          J. MICHAEL COCHRANE
14                                         Attorney for Defendant STANCORP REAL
                                          ESTATE, LLC

17                                       **ORDER**

18   IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:09-cv-
19   03350-LKK-CMK, is hereby dismissed with prejudice.

21   Dated: October 6, 2010.

24                                       _____
                                          LAWRENCE K. KARLTON
25                                        SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT